NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WOODARD W. JONES,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1049

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-2525, Judge Joseph L. Toth.

---

## JUDGMENT

---

JENNIFER TRACY SHANNON HEALY, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant. Also represented by HAROLD HAMILTON HOFFMAN, III, MEGAN EILEEN HOFFMAN.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, PATRICIA M. MCCARTHY; CHRISTINA LYNN GREGG, BRIAN D. GRIFFIN,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST, *Circuit Judge,* and MAZZANT, *District Judge[1]*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Amos L. Mazzant, III, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.